JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FAVIO SUASTEGUI MORENO,
Petitioner,
v.
SENIOR WARDEN, ADELANTO DETENTION FACILITY, ET AL.,
Respondents.

Case No. 5:26-cv-00548-KK-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is GRANTED. Petitioner Favio Suastegui Moreno (A# 204-627-667) ("Petitioner") is not subject to mandatory detention under 8 U.S.C. § 1226(c), but instead is detained pursuant to 8 U.S.C. § 1226(a). Respondents shall immediately release Petitioner from custody without conditions and return any confiscated property and documents upon release. Respondents shall not re-detain Petitioner pursuant to 8

U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard). Respondents shall file a notice of compliance within **three days.**

DATED: July 24, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE